ORDERED.

Dated:  August 12, 2015

_____
Karen S. Jennemann
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ORLANDO GATEWAY PARTNERS, LLC,                    Case No.: 6:15-bk-03448-KSJ
                                                  Chapter 11
        Debtor.
_____/

ORLANDO GATEWAY PARTNERS, LLC,

        Plaintiff,                                Adv. Pro. No.: 6:15-ap-00084-KSJ
vs.

GOOD GATEWAY LLC, a Florida limited
 liability company, et al

        Defendants.
_____/

### AGREED ORDER ON JURISDICTIONAL ISSUES

This adversary proceeding came on for consideration on July 27, 2015.  For the reasons stated in open court, it is

**ORDERED:**

1.    Any party, including SEG Gateway, LLC, Good Gateway, LLC, Nilhan Hospitality, LLC, Orlando Gateway Partners, LLC and any interested party set forth on Exhibit

"A", objecting to this Court having jurisdiction over all issues raised in this adversary, including trial of all post judgment matters and supplementary proceedings, shall file a written objection no later than fourteen (14) days from the entry of this Order.

    2.    If any party timely files an objection to this Court having jurisdiction, then this adversary proceeding shall be remanded to the State Court.

    3.    A status conference will be held on August 26, 2015 at 2:45 pm in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, Florida 32801.

Attorney, Kenneth D. (Chip) Herron, Jr., is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.

# EXHIBIT A

|   | **Thakkar Entity or Associate** | **State** |
|---|---|---|
| 1 | Arjun Restaurant & Catering Co., LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 2 | ATLFIT, LLC<br>17885 Collins Avenue, Unit 4001<br>Sunny Isles Beach, FL 33160 | FL |
| 3 | Atlantis Global, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 4 | BACAP Diversified Real Estate, LP | |
| 5 | Bay Circle Properties, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 6 | Blue Agave Cantina, LLC ("Azul Agave")<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 7 | Brookview Center Investor, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 8 | Brookview CTD Development Partners, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 9 | CBTE Realtors, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 10 | Cleveland OH Hampton, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 11 | Corners North Partnership, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |

## **EXHIBIT A**

| | | |
|---|---|---|
| 12 | C.A. Cowan and Company, LLC<br>101 McCanless Street<br>Cartersville, GA 30120 | GA |
| 13 | Cowfish One, LLC | |
| 14 | CTRS, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 15 | DCT Holdings, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 16 | DCT-RHUM, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 17 | DCT Systems Group, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 18 | Diversified Global Investments, LLC<br>900 Biscayne Bay Blvd., Unit 2301<br>Miami, FL 33132 | FL |
| 19 | Edgewater II, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 20 | Edgewater III, LLC<br>900 Biscayne Bay Blvd., Unit 2301<br>Miami, FL 33132 | FL |
| 21 | Embassy Bancshares, Inc.<br>1817 North Brown Road<br>Lawrenceville, GA 30043 | GA |
| 22 | Energy Transfer Partners G.P., LP<br>3738 Oak Lawn Ave<br>Dallas, TX   75219 | DE |
| 23 | Enterprise Products Partners, LP | |
| 24 | Exterran Partners, LP | |

**EXHIBIT A**

| | | |
|---|---|---|
| 25 | Frederick Pizza, LLC<br>5875 Peachtree Industrial Blvd., Ste. 340<br>Norcross, GA  30092 | GA |
| 26 | Goldman Sachs Real Estate Partnership | |
| 27 | GT Hospitality, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 28 | Haven South Beach, LLC<br>1237 Lincoln Road<br>Miami Beach, FL 33139 | FL |
| 29 | Herrington Commons, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 30 | JAX Fairfield Hotel Group, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 31 | Laburnum Richmond Center, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 32 | Laura Street Parking, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 33 | Markwest Energy Partners, LP | |
| 34 | Mehta Management Inc.<br>3024 Castle Pines Drive<br>Duluth, GA   30097 | GA |
| 35 | Mehta Family Limited Partnership | |
| 36 | MHG Orlando Gateway HM, LP<br>7303 N. Frontage Road<br>Orlando, FL 32812 | FL |
| 37 | Miami Mirchi, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |

# **EXHIBIT A**

| | | |
|---|---|---|
| 38 | NCT Systems, Inc.<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 39 | Netaji, LLC<br>2100 Central Avenue, Suite 5<br>Augusta, GA 30904 | GA |
| 40 | Nilhan Developers, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 41 | Nilhan Financial, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | FL |
| 42 | Nilhan Hospitality, LLC (FL LLC)<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 43 | Nilhan Hospitality, LLC (GA LLC)<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 44 | Niloy & Rohan, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 45 | Niloy, Inc.<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 46 | NIROH, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 47 | Norcross Developers, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 48 | Norcross Hospitality, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |

# **EXHIBIT A**

| | | |
|---|---|---|
| 49 | NRCT, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 50 | Orlando Gateway Hampton, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 51 | Orlando Gateway Hospitality, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 52 | Orlando Gateway Partners, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 53 | Parador Parking, LLC<br>230 N Serenata Dr., Suite 711<br>Ponte Vedra Beach, FL 32082 | FL |
| 54 | Parador Partners, LLC<br>230 N Serenata Dr., Suite 711<br>Ponte Vedra Beach, FL 32082 | FL |
| 55 | Paramount – Nilhan Hospitality Group, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 56 | Path Investments, LLC<br>19495 Biscayne Blvd., Suite 606<br>% Paz Global, Inc.<br>Aventura, FL  33180 | FL |
| 57 | Peach Condominiums, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 58 | Peach Hospitality, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 59 | Pinnacle - Ivy Place, LLC<br>3424 Peachtree Rd., Suite 2000<br>Atlanta, GA 30326 | GA |
| 60 | Plains All American Pipeline, LP | |

# EXHIBIT A

| | | |
|---|---|---|
| 61 | Pointe Drive, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 62 | Powershare DB Commodity Index | |
| 63 | Randal Park Partners, LLC<br>2520 Northwinds Parkway, Suite 325<br>Alpharetta, GA 30009 | GA |
| 64 | Riverwatch Management, LLC<br>230 N. Serenata Dr., Unit 711<br>Ponte Vedra Beach, FL 32082 | FL |
| 65 | RNCT, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 66 | RNT, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |
| 67 | Rohan, Inc.<br>2140 New Market Parkway, Suite 10<br>Marietta, GA  30067-8766 | GA |
| 68 | Saloni Thakkar, LLC (GA LLC)<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 69 | Saloni Thakkar Revocable Trust | |
| 70 | Shops at New Hope, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 71 | Shudh, LLC<br>2100 Central Avenue, Suite 7<br>Augusta, GA   30904-6709 | GA |
| 72 | Social Media | |
| 73 | Stone Corners Investments, LLC<br>17885 Collins Avenue, #4001<br>Sunny Isles Beach, FL 33160 | FL |

# EXHIBIT A

| | | |
|---|---|---|
| 74 | Sugar Hill Marketplace, LLC<br>5875 Peachtree Industrial Blvd., Suite 340<br>Norcross, GA  30092 | GA |
| 75 | Sugarloaf Centre, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 76 | Sugarloaf Centre Commercial Owners Association, Inc.<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 77 | Sugarloaf Centre Partners, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | GA |
| 78 | Targa Resources Partners, LP<br>Targa Resources, LLC<br>1000 Louisiana Ste 4300<br>Houston, TX   77002 | DE |
| 79 | Teekay LNG Partners, LP | |
| 80 | Uganda Sugar Factory | |
| 81 | Universal Lodging I, LLC<br>240 Wessex Court, NE<br>Atlanta, GA 30328-2664 | GA |
| 82 | Urban Spice (restaurant in Alpharetta, GA) | GA |
| 83 | Saloni Thakkar<br>17885 Collins Avenue, Unit 4001<br>Sunny Isles Beach, FL 33160 | FL |
| 84 | Niloy Thakkar<br>900 Biscayne Blvd #2301<br>Miami, FL 33132 | FL |
| 85 | Rohan Thakkar<br>400 Fifth Avenue #32E<br>New York, New York | FL |