IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

| | |
|---|---|
| GOOD GATEWAY LLC, a Florida limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>ORLANDO GATEWAY PARTNERS, LLC, a Florida limited liability company, NILHAN HOSPITALITY, LLC, a Florida limited liability company, NILOY & ROHAN, LLC, a Georgia limited liability company, ORLANDO GATEWAY, LLC, a Georgia limited liability company, STEVEN C. SMITH, an individual, NILHAN FINANCIAL, LLC, a Georgia limited liability company, SOUTHEAST INVESTMENT PROPERTIES, LLC, a Georgia limited liability company, SEG GATEWAY, LLC, a Florida limited liability company, CHITTRANJAN K. THAKKAR, an individual, NCT SYSTEMS, INC., a Florida corporation, and NILOY, INC., a Georgia corporation d/b/a DCT Systems,<br><br>    Defendants.<br><br>———————————————<br><br>SEG GATEWAY, LLC, a Florida limited liability company,<br><br>    Cross-Claimant,<br><br>vs.<br><br>ORLANDO GATEWAY PARTNERS, LLC, NILHAN HOSPITALITY, LLC, NILOY & ROHAN, LLC, CHITTRANJAN K. THAKKAR, NILHAN FINANCIAL, LLC, ORLANDO GATEWAY, LLC, NCT SYSTEMS, INC., and NILOY, INC., d/b/a DCT Systems,<br><br>    Cross-Defendants. | CASE NO.: 2010-CA-015315-O<br><br>COMPLEX BUSINESS LITIGATION DIVISION: 43<br><br><br><br>**<u>AFFIDAVIT OF M. CARSON GOOD FOR PROCEEDINGS SUPPLEMENTARY</u>** |

22438620 v1

## AFFIDAVIT OF M. CARSON GOOD
## FOR PROCEEDINGS SUPPLEMENTARY

STATE OF  FLORIDA

COUNTY OF ORANGE

BEFORE ME, the undersigned authority duly authorized to take and administer oaths, personally appeared M. CARSON GOOD, as Managing Member of GOOD GATEWAY, LLC ("Good Gateway"), which is the Managing Member of SEG GATEWAY, LLC ("SEG Gateway") (collectively "Plaintiffs") who after being duly sworn, states:

1.     My name is M. Carson Good and I am over the age of eighteen years, and am competent to make this affidavit.  The facts recited herein are personally known to me.

2.     On October 3, 2014, Plaintiffs obtained Final Judgments against the Defendants and Judgment Debtors: Orlando Gateway Partners, LLC ("OGP"); Niloy & Rohan, LLC ("Niloy"); Nilhan Hospitality, LLC ("Nilhan"); NCT Systems, Inc. ("NCT"); and Chittranjan K. Thakkar ("Thakkar") (collectively "Defendants") as follows:

a.     Final Summary Judgment on Good Gateway, LLC's Second Amended Complaint against Defendants Thakkar, OGP, Nilhan, Niloy, and NCT in the amount of $2,500,000.00 (the "$2,500,000.00 Judgment");

b.    Final Judgment on SEG Gateway, LLC's Amended Crossclaim against Defendants, Thakkar, Nilhan, and NCT in the amount of $12,000,000.00 (the "$12,000,000.00 Judgment"); and

c.    Final Judgment on SEG Gateway, LLC's Amended Crossclaim against Defendants OGP and Niloy in the amount of $15,376,435.58 (the $15,376,435.58 Judgment).

3.    The Final Judgments listed above are unsatisfied and execution remains valid and outstanding.

4.    A certified copy of the $2,500,000.00 Judgment was recorded on October 7, 2014 in Official Records Book 10815 Page 9147 of the Public Records of Orange County, Florida.

5.    A certified copy of the $12,000,000.00 Judgment was recorded on October 7, 2014 in Official Records Book 10815 Page 9155 of the Public Records of Orange County, Florida.

6.    A certified copy of the $15,376,435.58 Judgment was recorded on October 7, 2014 in Official Records Book 10815 Page 9151 of the Public Records of Orange County, Florida.

7.    A Judgment Lien Certificate on the $2,500,000.00 Judgment was filed on October 7, 2014 with The Florida Department of State, Division of Corporations as Document No. J14000916154. The Judgment Lien remains unsatisfied.

8.     A Judgment Lien Certificate on the $12,000,000.00 Judgment was filed on October 7, 2014 with The Florida Department of State, Division of Corporations as Document No. J14000916162.   The Judgment Lien remains unsatisfied.

9.     A Judgment Lien Certificate on the $15,376,435.58 Judgment was filed on October 7, 2014 with The Florida Department of State, Division of Corporations as Document No. J14000916170.   The Judgment Lien remains unsatisfied.

10.     The unsatisfied amount of the $2,500,000.00 Final Judgment is: $2,500,000.00 principal, plus $31,557.98 for accrued interest at the statutory interest rate of 4.75% per annum, through January 8, 2015 (plus $325.34 per diem thereafter), for a total amount due of $2,531,557.98 as of January 8, 2015.

11.     The unsatisfied amount of the $12,000,000.00 Final Judgment is: $12,000,000.00 principal, plus $151,479.08 for accrued interest at the statutory interest rate of 4.75% per annum, through January 8, 2015 (plus $1,561.64 per diem thereafter), for a total amount due of $12,151,479.08 as of January 8, 2015.

12.     The unsatisfied amount of the $15,376,435.58 Final Judgment is: $15,376,435.58 principal, plus $194,100.88 for accrued interest at the statutory interest rate of 4.75% per annum, through January 8, 2015 (plus $2,001.04 per diem thereafter), for a total amount due of $15,570,536.46 as of January 8, 2015.

13. Good Gateway and SEG Gateway have received no payments from Defendants or any entity subject to a charging order or writ of garnishment in the above-styled case.

14. In addition, Good Gateway and SEG Gateway have also incurred and are obligated to pay Burr & Forman, LLP, its attorney fees and costs for which Defendants are liable under §§ 56.29(4) and 57.115 Fla. Stat., and the Final Judgments.

15. Good Gateway and SEG Gateway are entitled to proceedings supplementary to execution.

**FURTHER AFFIANT SAYETH NAUGHT**.

M. Carson Good, Managing Member of Good Gateway, LLC and SEG Gateway, LLC

The foregoing instrument was sworn to and subscribed before me this 13th day of January, 2015, by M. Carson Good, Managing Member of Good Gateway, LLC and SEG Gateway, LLC, who is personally known to me.

LaVonda Williams
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE064467
Expires 2/14/2015

Notary Public,

LaVonda Williams
(Print, Type or Stamp Commissioned Name of Notary Public)