ORDERED.

Dated: April 29, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ORLANDO GATEWAY PARTNERS, LLC, | ) ) | Case No. 6:15-bk-03448-KSJ Chapter 7 |
| Debtor. | ) ) ) | |
| ORLANDO GATEWAY PARTNERS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Adversary No. 6:15-ap-00084-KSJ |
| GOOD GATEWAY, LLC, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER AWARDING ATTORNEYS' FEES AS SANCTIONS

This adversary proceeding came on for consideration on the Parties' request for this Court to determine the amount of sanctions in connection with five state court orders (*See* Plaintiffs' Exhibit 2). Consistent with the Memorandum Opinion entered contemporaneously, it is

**ORDERED:**

1. Defendants are jointly and severally liable on the sanction orders in the total amount of $222,615.25 as of April 30, 2016 subject to the following exceptions:

    a. Nilhan Financial, LLC is not liable for the $65,574 sanction arising from the Omnibus Fraud Order;

    b. Orlando Gateway Partners, LLC is not liable for the $16,711 sanction arising from the CMO Order; and

    c. Orlando Gateway Partners, LLC is not liable for the $21,997 sanction arising from the 57.105 Order.

2. Per diem interest calculated on the original sanctions awarded will continue to accrue on a simple, non-compounded rate of 4.75% in the amount of $28.97 per day starting on May 1, 2016, at least as to those Defendants responsible for the total award.

Copies furnished to:

Attorney Clay Townsend is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.