UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                              Case № 6:15-bk-03448-KSJ

ORLANDO GATEWAY PARTNERS, LLC,                      Chapter 11

    Debtor,
_____/

ORLANDO GATEWAY PARTNERS, LLC,                      Adv. Pro. № 6:15-ap-00084-KSJ

    Plaintiff,                                      *(Substantively Consolidated)*

v.

GOOD GATEWAY, LLC; and SEG GATEWAY,
LLC,

    Defendants.
_____/

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| Name and Address of Judgment Creditor: | Amount of Judgment: |
|---|---|
| Good Gateway, LLC<br>174 W. Comstock Ave.<br>Suite 100<br>Winter Park, FL 32789 | $7,686,108.38<br><br>Other Costs:<br>$_____ |

v.

| Name and Address of Judgment Debtor: | Date of Entry of Judgment: |
|---|---|
| SEG Gateway, LLC<br>℅ Good Gateway, LLC<br>Attn: Manager Carson Good<br>174 W. Comstock Ave., Suite 100<br>Winter Park, FL 32789 | June 9, 2011 |

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF FLORIDA:

    You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the instructions from judgment creditor.

TO THE JUDGMENT DEBTOR:

    You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_5/13/16_                                           _[signature]_
Date                                                Clerk of the Bankruptcy Court