# BUSH ROSS
### ATTORNEYS AT LAW

Mailing Address:
Post Office Box 3913
Tampa, FL  33601-3913
(813) 224-9255
Tax ID No. 59-2753805

Emerson Noble, Chapter 7 Trustee
Attn: Emerson Noble
P.O. Box 622798
Oviedo, FL 32762
US

March 6, 2017
**Invoice Number 810628**

For Professional Services Rendered through 02/28/17

CLIENT:  016787 - Emerson Noble, Chapter 7 Trustee
Re:           00001 Nilhan Hospitality, LLC

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/17 | JWW | telephone from and to E McKean regarding testimony at FEH on 2/27/2017 | 0.20 | 100.00 |
| 01/27/17 | JWW | e-mail correspondence from and to E McKean regarding review of documents (.1) | 0.10 | 50.00 |
| 02/01/17 | JWW | initial review of 3 notebooks containing copies of pleadings relevant to fee issues (2.8); correspondence to and from E McKean regarding allocation of recording time and format for report (.2) | 3.00 | 0.00 |
| 02/01/17 | JWW | initial review review of 3 notebooks containing copies relevant to fee issues (2.8); correspondence to and from E McKean regarding allocation of recording time and format for report (.2) | 3.00 | 1,500.00 |
| 02/04/17 | JWW | work on expert report | 1.00 | 500.00 |
| 02/06/17 | LBR | Review and revise preliminary draft of report (1.2); Review the motion for fees (.8); Evaluate and summarize invoices supporting Littler Mendleson's request for fees, including verifying hours spent and hourly rates per attorney/paralegal (1.4); Evaluate and summarize time entries supporting Akerman's request for fees, including determining hours spent and hourly rates per attorney/paralegal (3.3); Evaluate and summarize the trustee's invoice supporting his request for TrustPoint's costs (.3). | 7.00 | 1,715.00 |
| 02/06/17 | JWW | review transcript of 8/31/2016 hearing | 1.00 | 500.00 |
| 02/07/17 | LBR | Review August 2016 contempt hearing transcript (1.3); Summarize and evaluate the reasonableness of costs based on a review of cost statements for Trustee, Akerman, and Littler (2.5). | 3.80 | 931.00 |

| | | | | |
|---|---|---|---|---|
| Client Ref: 016787 - 00001 | | | | March 6, 2017 |
| **Invoice Number 810628** | | | | **Page 2** |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/07/17 | LBR | Evaluate and summarize time entries supporting Akerman's request for fees, including determining hours spent and hourly rates per attorney/paralegal (3.1); Compare Akerman's two fee requests and evaluate reasonableness of any overlapping activities between the two cases (.6). | 3.70 | 906.50 |
| 02/07/17 | JWW | work on expert report | 1.50 | 750.00 |
| 02/08/17 | LBR | Telephone conferences with Akerman regarding the motion for attorney's fees and costs (.4); Confirm hourly rates and hours spent by each Akerman attorney (.9); Review comparable Orlando fee requests and evaluate the reasonable range of hourly rates based on years of practice (2.3); Continue drafting report, including background summary (2.2); Review and address the debtor's response and objections to specific time entries (2.0). | 7.80 | 1,911.00 |
| 02/08/17 | JWW | work on draft of report, including discussions and messages from L Rehm regarding matching amounts (2) | 2.00 | 1,000.00 |
| 02/09/17 | LBR | Evaluate discrepancy between total attorney hours calculated in Akerman's fee summary and the total based on review (.2) | 0.20 | 49.00 |
| 02/09/17 | LBR | Draft and revise the expert opinion (1.9); Research the Middle District's view on multiple attorney's billing for inter-office communications (.4); Continue to review recent Orlando attorneys' fee requests to establish a reasonable range of hourly rate (1.8); Review and address J. Warren's suggested revisions to the draft (.8). | 4.90 | 1,200.50 |
| 02/09/17 | JWW | prepare for and participate in conference call with Trustee to discuss case and reasonableness of fees (1.2); work on draft of expert reports (4); telephone from E McKean regarding costs of Littler and review e-mail correspondence explaining charge (.4); instructions to L Rehm regarding survey of rates and combining information for reports (.5) | 6.10 | 3,050.00 |
| 02/10/17 | LBR | Discussions with Akerman regarding status of report (.2); Final review of time entries and objections to remove any non-compensable entries from recommended award of fees (1.7); Finalize the expert report and incorporate J. Warren's revisions (3.5). | 5.40 | 1,323.00 |

Client Ref:   016787 - 00001  March 6, 2017
**Invoice Number 810628**  **Page 3**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/17 | JWW | conference with L Rehm regarding final changes to expert reports (.2); review and approve final expert reports (.8) | 1.00 | 500.00 |
| 02/13/17 | JWW | review transcript of deposition of E Noble and 10 exhibits (1.3); instructions to L Rehm regarding revisions to final reports and review revisions (.2) | 1.50 | 750.00 |
| 02/13/17 | LBR | Phone call with Akerman regarding expert report (.1); Finalize the report (.2). | 0.30 | 73.50 |
| 02/13/17 | LBR | Finalize the report (.1); Revise the table of documents relied upon in rendering the expert opinion (.1) | 0.20 | 49.00 |
| 02/21/17 | JWW | telephone from E McKean regarding testimony for hearing (.2) | 0.20 | 100.00 |
| 02/23/17 | JWW | review Report in preparation for discussion with E McKean (.5); telephone from E McKean regarding preparations for testimony (.6) | 1.10 | 550.00 |
| 02/24/17 | JWW | prepare for testimony, including review of Atlantic International Mortgage case (2) | 2.00 | 1,000.00 |
| 02/26/17 | JWW | prepare for testimony | 2.00 | 1,000.00 |
| 02/27/17 | JWW | prepare for testimony (1); attend hearing on award of fees and provide expert testimony | 6.00 | 0.00 |

**Total Fees for Professional Services**                                                                             $19,508.50

| Date | Expenses | Amount |
|---|---|---|
| | Long Distance through 02/28/17 | 5.37 |

**Total Expenses**                                                                                                                     **$5.37**

**Sub Total**                                                                                                                               $19,513.87

Courtesy Discount                                                                                                            -4,877.13

**AMOUNT DUE FOR THIS INVOICE**                                                                            $14,636.74


**TOTAL DUE for Nilhan Hopsitality, LLC**                                                                  $7,318.37
**TOTAL DUE for Orlando Gateway Partners, LLC**                                                   $7,318.37