# EXHIBIT A

# BUSH ROSS
ATTORNEYS AT LAW

Mailing Address:
Post Office Box 3913
Tampa, FL   33601-3913
(813) 224-9255
Tax ID No. 59-2753805

Emerson Noble, Chapter 7 Trustee  
Attn: Emerson Noble  
P.O. Box 622798  
Oviedo, FL 32762  
US

September 6, 2017  
**Invoice Number 820423**

For Professional Services Rendered through 08/31/17

CLIENT: 016787 - Emerson Noble, Chapter 7 Trustee  
Re:     00001 Nilhan Hospitality, LLC  
        00002 Orlando Gateway Partners, LLC

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/03/17 | MGL | Draft declaration of Jeffrey W. Warren in Support of Trustee's Application for Order Authorizing Employment of Jeffrey W. Warren; correspond with Attorney Jeffrey W. Warren regarding same. | 1.40 | 175.00 |
| 07/05/17 | MGL | Review email from Esther McKean regarding Declaration for Jeffrey W. Warren; correspond with Esther McKean regarding same. | 0.40 | 50.00 |
| 07/13/17 | JWW | e-mail correspondence from J Cohen regarding meeting schedule for expert report and response | 0.20 | 100.00 |
| 07/21/17 | JWW | review objection of Debtor to fees (.2); e-mail correspondence from and to E McKean regarding materials for opinion (.1) | 0.30 | 150.00 |
| 07/31/17 | JWW | review Declaration of Authenticity of Business Records of E McKean (.2) | 0.20 | 100.00 |
| 08/03/17 | JWW | e-mail correspondence from and to E McKean regarding exhibits for testimony and scheduling meeting with Trustee (.4) | 0.40 | 200.00 |
| 08/08/17 | JWW | prepare for meeting with E Noble and E McKean regarding expert report (.5); conference with E Noble and E McKean regarding expert report (2) | 2.50 | 1,250.00 |
| 08/09/17 | LBR | Confer regarding expert report with J. Warren. | 0.20 | 49.00 |
| 08/09/17 | JWW | e-mail correspondence from E McKean and review notes by J Cohen regarding fee adjustments (.5); conference with L Rehm regarding assistance in preparation of expert report (.3) | 0.80 | 400.00 |

Client Ref:     016787 - 00001                                                                                    September 6, 2017
**Invoice Number 820423**                                                                                                     **Page 2**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 08/09/17 | LBR | Review prior expert report regarding attorney's fees and costs related to the sanctions award. | 0.40 | 98.00 |
| 08/10/17 | LBR | Review and analyze First Interim Application of Akerman LLP for Allowance and Payment of Attorney's Fees and Costs, Supplement, and Debtors' Objection. | 5.00 | 1,225.00 |
| 08/10/17 | JWW | work on expert report (1); telephone to E McKean regarding title insurance fees (.2) | 1.20 | 600.00 |
| 08/10/17 | LBR | Review background materials, including potential trial exhibits identified by Akerman. | 3.60 | 882.00 |
| 08/11/17 | LBR | Continue to review background materials in preparation for drafting expert reports. | 1.00 | 245.00 |
| 08/11/17 | JWW | continued work on expert report and directions to L Rehm in assisting with details such as duplication expenses, travel expenses, and title insurance amounts (3); telephone from J Cohen and E McKean regarding title insurance issues (.3) | 3.30 | 1,650.00 |
| 08/11/17 | MGL | Draft and finalize chart of professional fees for Akerman, LLP, as counsel for Chapter 7 Trustee regarding Nilhan Hospitality, LLC, Case No. 15-03447 and Orlando Gateway Partners, LLP Case No. 15-03448 | 1.80 | 225.00 |
| 08/11/17 | LBR | Begin drafting expert report, including scope of opinion and summary of relevant factual background supporting opinion. | 7.70 | 1,886.50 |
| 08/12/17 | JWW | e-mail correspondence from E McKean regarding witness lists (.1); work on expert report, including review of materials (3) | 3.10 | 1,550.00 |
| 08/13/17 | JWW | work on draft of Expert Report, including continued review of materials (3) | 3.00 | 1,500.00 |
| 08/14/17 | MGL | Draft and finalize list of exhibits to be used by Akerman for Jeffrey Warren's trial preparation and use at trial. | 0.50 | 62.50 |
| 08/14/17 | LBR | Review title insurance premium related time entries and calculate adjustment of potentially duplicative title work related fees. | 1.00 | 245.00 |
| 08/14/17 | LBR | Analyze costs summary, review itemized statements related to costs, and request and review additional support for amounts related to duplicating/coping. | 1.80 | 441.00 |

Client Ref:     016787 - 00001                                                                                September 6, 2017
**Invoice Number 820423**                                                                                              **Page 3**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 08/14/17 | LBR | Analyze relevant time entries and formulate/draft responses to numerous objections raised by Debtors. | 4.80 | 1,176.00 |
| 08/14/17 | JWW | numerous conferences with L Rehm regarding details for Expert Report (1); review information regarding title insurance and issues regarding calculations and adjustments of fees (1); review and approve proposed changes to Expert Report (.5) | 2.50 | 1,250.00 |
| 08/14/17 | MGL | Draft and finalize professional fees chart for use by Attorney Jeffrey Warren in preparation of expert testimony. | 1.00 | 125.00 |
| 08/15/17 | LBR | Identify relevant background materials and create Exhibit A to the expert report. | 0.40 | 98.00 |
| 08/15/17 | LBR | Analyze and revise attorneys' fees chart, including adjusted totals removing potentially duplicative title related fees. | 2.40 | 588.00 |
| 08/15/17 | LBR | Review and finalize expert report, including addressing suggested revisions and comments from Esther McKean. | 1.60 | 392.00 |
| 08/15/17 | JWW | continue discussions with L Rehm regarding adjustments to Report calculations and effort to be totally accurate (1); approve final Expert Reports for filing (.5) | 1.50 | 750.00 |
| 08/21/17 | JWW | review request for judicial notice and Order granting motion to disburse funds (.2) | 0.20 | 100.00 |
| 08/23/17 | JWW | review amended order regarding disbursing funds (.1); review proceeding memo (.1); | 0.20 | 100.00 |
| 08/24/17 | LBR | Analyze amended fee application cover sheet. | 0.40 | 98.00 |
| 08/24/17 | JWW | e-mail correspondence from E McKean reporting on hearings and e-mail correspondence from L Rehm regarding changes to data (.2) | 0.20 | 100.00 |
| 08/25/17 | JWW | review filed amended cover sheet (.2); review objection to exhibit 19 (.2); e-mail correspondence from and to E McKean regarding scheduling meeting to prepare for hearing (.2) | 0.60 | 300.00 |
| 08/28/17 | JWW | prepare for testimony (.5); conference with L Rehm regarding preparations (.1); review Notice of Withdrawal of Objection (.2); telephone to E McKean regarding change in schedule (.2) | 1.00 | 500.00 |

| | | |
|---|---|---|
| Client Ref:    016787 - 00001 | | September 6, 2017 |
| **Invoice Number 820423** | | **Page 4** |

| | | | | |
|---|---|---|---|---|
| 08/29/17 | JWW | prepare for and attend fee application hearing (1.3) | 1.30 | 650.00 |

**Total Fees for Professional Services**                                        $19,311.00

                **TOTAL AMOUNT DUE FOR THIS INVOICE**         $19,311.00

Amount Due From:

**Nilhan Hospitality, LLC**                              $9,655.50
**Orlando Gateway Partners, LLC**                $9,655.50